IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS LYNN WARREN,

       Plaintiff,                     No. CIV S-07-0844 DFL JFM P

   vs.

CORRECTIONAL OFFICER
S. RYBERG,

       Defendant.[1]

_____/    <u>ORDER</u>

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

/////

---

[1] This action was originally filed in the United States District Court for the Northern District of California. By order filed April 30, 2007, the claims raised against defendants State of California, High Desert State Prison, and the Department of Corrections were dismissed and the action was transferred to this court. The sole defendant remaining in the action is defendant Ryberg.

1

1    Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $1.00 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of $1.00. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for defendant Ryberg.

4. The Clerk of the Court shall send plaintiff one USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed in this court on May 3, 2007 pursuant to the April 30, 1997 transfer order of the United States District Court for the Northern District of California.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

        c. One completed USM-285 form for the defendant listed in number 3 above; and

        d. Two copies of the endorsed complaint filed in this court on May 3, 2007.

    6. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: May 7, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
warr0844.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS LYNN WARREN,

    Plaintiff,                               No. CIV S-07-0844 DFL JFM P

    vs.

CORRECTIONAL OFFICER
S. RYBERG,                                 <u>NOTICE OF SUBMISSION</u>

    Defendant.                        <u>OF DOCUMENTS</u>
_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____    completed summons form

        ____    completed USM-285 forms

        ____    copies of the _____
                              Complaint/Amended Complaint

DATED:

                                                  _____
                                                  Plaintiff