IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

DENNIS LYNN WARREN,

    Plaintiff,                     No. 2:07-cv-00844-ALA PC

    vs.

C/O S. RYBERG,

    Defendants.                 ORDER

_____/

    GOOD CAUSE having been shown, the Court grants Defendant's request for an extension of time to file a responsive pleading to the complaint. Defendant shall have up to and including September 17, 2007, to file and serve a responsive pleading.

DATED: August 16, 2007

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation