IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

DENNIS LYNN WARREN,

    Plaintiff,        No. 2:07-cv-00844-ALA PC

vs.

C/O S. RYBERG,

    Defendants.        <u>ORDER</u>

_____/

    On September 12, 2007, Defendant filed a motion to dismiss alleging that Plaintiff has failed to exhaust his administrative remedies. The court requests Plaintiff file a response to Defendant's motion to dismiss prior to the court issuing its ruling.

    In view of the above, IT IS HEREBY ORDERED that Plaintiff file a response to the above captioned filing within 42 days of service.

DATED: September 13, 2007

                                             /s/ Arthur L. Alarcón
                                             UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation